```
1   PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
2   LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
3   Oakland, CA 94612
    Telephone: (510) 465-3328
4   Facsimile: (510) 763-8354

5   Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 14-43979 WJL** |
| **JOSEPH SCOTT SALVOTTI and STEFANIE ANN SALVOTTI,** | **Chapter 13** |
| | **MOTION TO MODIFY CHAPTER 13 PLAN** |
| Debtors. | |
| _____/ | |

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as outlined in the Modified Chapter 13 Plan attached hereto as Exhibit A.

Dated: May 12, 2015

                                           /s/ Patrick L. Forte
                                           PATRICK L. FORTE
                                           Attorney for Debtors

Case: 14-43979    Doc# 22    Filed: 05/12/15    Entered: 05/12/15 14:10:52    Page 1 of 1